IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jenkins, Kimberly | Case Number: 05 B 15329 |
| | Judge: Squires, John H |
| Printed: 1/8/08 | Filed: 4/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 1, 2007
Confirmed: June 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,986.00 | |
| Secured: | | 8,200.00 |
| Unsecured: | | 3,300.77 |
| Priority: | | 156.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 736.97 |
| Other Funds: | | 392.26 |
| Totals: | 14,986.00 | 14,986.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | Balaban Furniture Ltd | Secured | 2,700.00 | 2,700.00 |
| 3. | Honor Finance | Secured | 5,500.00 | 5,500.00 |
| 4. | Surety Finance | Priority | 156.00 | 156.00 |
| 5. | Honor Finance | Unsecured | 3,821.45 | 1,792.86 |
| 6. | Balaban Furniture Ltd | Unsecured | 1,281.29 | 601.07 |
| 7. | National Quick Cash | Unsecured | 480.83 | 94.76 |
| 8. | Santa Barbara Bank & Trust | Unsecured | 600.72 | 281.81 |
| 9. | Asset Acceptance | Unsecured | 1,130.37 | 530.27 |
| 10. | Charter One Bank | Unsecured | | No Claim Filed |
| 11. | Check N Go | Unsecured | | No Claim Filed |
| 12. | Hearst Magazines | Unsecured | | No Claim Filed |
| 13. | Pay Day Loans | Unsecured | | No Claim Filed |
| 14. | Women's Workout World | Unsecured | | No Claim Filed |
| 15. | Sandridge Apartments | Unsecured | | No Claim Filed |
| 16. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| | | | $ 17,870.66 | $ 13,856.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 38.10 |
| 5.5% | 279.40 |
| 5% | 76.20 |
| 4.8% | 156.87 |
| 5.4% | 186.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jenkins, Kimberly | Case Number:  05 B 15329 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  4/20/05 |

_____
$ 736.97

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

